# EXHIBIT B

Electronically Filed - CITY OF ST. LOUIS - April 03, 2025 - 01:24 PM



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC00372 |
|---|---|
| Plaintiff/Petitioner:<br>VICTOR MANUEL RIBAS | Plaintiff's/Petitioner's Attorney/Address:<br>MARSHALL ROSS HOEKEL<br>5 PLANT AVE.<br>SUITE 2<br>WEBSTER GROVES, MO  631193040 |
| vs. | |
| Defendant/Respondent:<br>MEGAN MARIE BESLER | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp for Return) |

The State of Missouri to: MEGAN MARIE BESLER
Alias:
6719 COUNTRY HILL ROAD
NE APT 1
CEDAR RAPIDS, IA  52402

**SPECIAL PROCESS SERVER**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

COURT SEAL OF

February 27, 2025
Date

_Thomas Kloeppinger_
Clerk

CITY OF ST LOUIS

**Further Information:**

Case Number: 2522-CC00372

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __Owner of and Process Server for Servem1__ of __Linn__ County, __Iowa__ (state).
3. I have served the above Summons by: (check one)

   [X] delivering a copy of the summons and petition to the defendant/respondent.

   [ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

   [ ] (for service on a corporation) delivering a copy of the summons and petition to:
   _____ (name) _____(title).

   [ ] other: _____.

Served at __6719 Country Hill Rd NE Apt 1__ (address)
in __Linn__ (County), __Iowa__ (state), on __March 25, 2025__ (date)
at __14:40__ (time).

__Tonia Krousie__                    __[signature]__
Printed Name of Officer or Server     Signature of Officer or Server

**Subscribed and sworn to** before me this __31__ (day) __March__ (month), __2025__ (year).

I am: (check one)
[ ] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[X] authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).
[ ] authorized to administer oaths. (use for court-appointed server)

(Seal)

ERICKA LYNN COLEMAN
Commission Number 839349
My Commission Expires
May 12, 2025
NOTARIAL SEAL IOWA

__[signature]__
Signature and Title __Notary__

**Service Fees**
Summons   $ __45.00__
Non Est   $ _____
Mileage   $ _____ ( _____ miles @ $. _____ per mile)
Total     $ __45.00__

See the following page for directions to officer making return on service of summons.

SJRC (07-24) SM60 (SMOS) *For Court Use Only:* Document ID # 25-SMOS-912  2 of 2 (2522-CC00372)   SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo