# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-00570 |
| | ) | |
| v. | ) | |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE TO PLAINTIFF OF REMOVAL

Marshall R. Hoekel
mhoekel@gmail.com
5 Plant Ave., Ste 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cellphone

PLEASE TAKE NOTICE that Defendant Megan Besler has filed in the United States District Court, Eastern District of Missouri, Eastern Division, a Notice of Removal of *Ribas v. Besler*, Case No. 2522-CC00372, pending in the Circuit Court of St. Louis City, Missouri. Pursuant to such Notice of Removal, this action has been removed to the United States District Court, Eastern District of Missouri, Eastern Division.

Dated: April 24, 2025          Respectfully submitted,

KEANE LAW LLC

By:    */s/ Ryan A. Keane*
           Ryan A. Keane, #62112MO
           Tanner A. Kirksey, #72882MO
           7711 Bonhomme Ave, Suite 600
           St. Louis, MO 63105
           Phone: (314) 391-4700

Fax: (314) 244-3778
ryan@keanelawllc.com
tanner@keanelawllc.com

*Attorneys for Defendant*

## <u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that on April 24, 2025, a true and correct copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice and a copy of the filing to all parties and attorneys of record.

      The foregoing was also served upon Plaintiff's counsel by email at <u>mhoekel@gmail.com</u> and USPS to Marshall Hoekel, 5 Plant Ave., Ste. 2, Webster Groves, MO 63119.

                                      */s/ Ryan A. Keane*