UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:25-cv-00570-CDP |
| v. ) | |
| ) | |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Megan Besler (hereinafter "Defendant" or "Besler"), by and through her undersigned counsel, and with the consent of Plaintiff Victor Ribas (hereinafter "Plaintiff" or "Ribas"), hereby requests an additional sixty (60) days for her Response to Plaintiff's Petition. In support of her motion, Defendant states as follows:

1. On February 27, 2025, Plaintiff filed a Petition in the Circuit Court of St. Louis City, Missouri, against Defendant, styled *In re: Victor Manuel Ribas v. Megan Besler,* Case No. 2522-CC00372.

2. On April 24, 2025, Defendant removed this matter to the United States District Court, Eastern District of Missouri, Eastern Division, based on diversity jurisdiction.

3. Pursuant to Federal Rule of Civil Procedure Rule 81(c)(2)(C), Defendant has seven (7) days to file her Response to Plaintiff's Petition, which is May 1, 2025.

4. Defendant contends that Plaintiff's Petition is related to another case also in the Eastern District of Missouri styled *Victor Manuel Ribas v. Megan Besler*, Case No. 4:24-cv-00632-SPM, which has been ordered back to mediation. Defendant believes the instant case may be subject to a settlement memorandum of understanding that was previously reached by the Parties

1

and/or will be resolved by the new mediation.

5. Defendant requests – and Plaintiff Ribas has consented to – an extension of sixty (60) days, up to and including **June 30, 2025** to file her response.

6. This extension is not sought for the purpose of delay and will not prejudice any party, as evidenced by Plaintiff's consent.

WHEREFORE, Defendant respectfully requests this Court grant an extension of Defendant's deadline to respond to Plaintiff's Petition, up to and including **June 30, 2025**.

Dated: April 30, 2025                               Respectfully submitted,

                                                    KEANE LAW LLC

                                        By:   */s/ Ryan Keane*
                                              Ryan A. Keane, #62112MO
                                              Tanner A. Kirksey, #72882MO
                                              7711 Bonhomme Ave, Suite 600
                                              St. Louis, MO 63105
                                              Phone: (314) 391-4700
                                              Fax: (314) 244-3778
                                              ryan@keanelawllc.com
                                              tanner@keanelawllc.com

                                              *Attorneys for Defendant Besler*

### CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                              */s/ Ryan Keane*