**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re: VICTOR MANUEL RIBAS,     )
                                   )
       Plaintiff,          )
                                   )     Case No. 4:25-cv-00570-CDP
     v.                     )
                                   )
MEGAN BESLER,          )
                                 )
       Defendant.     )

## <u>MOTION TO DISMISS</u>

COMES NOW Defendant Megan Besler, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss Plaintiff's Petition in its entirety for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant states that Plaintiff's Petition: 1) is barred by the doctrine of res judicata because the claims were resolved in an underlying settlement reached in *Ribas v. Besler*, No. 4:24-cv-00632-SPM (E.D. Mo. May 6, 2024); and 2) fails to allege sufficient facts to establish plausible claims for relief under applicable law. As such, each of Plaintiff's asserted causes of action—intrusion upon seclusion, trespass to chattels, conversion, intentional infliction of emotional distress, and violations of Missouri's Computer Tampering statutes—fails as a matter of law. In further support of this Motion, Defendant refers the Court to the accompanying Memorandum of Law in Support, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and dismiss Plaintiff's Petition in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper.

Dated: June 30, 2025                     Respectfully submitted,

                                         KEANE LAW LLC

                         By:    */s/ Ryan Keane*
                                Ryan A. Keane, #62112MO
                                Tanner A. Kirksey, #72882MO
                                7711 Bonhomme Ave, Suite 600
                                St. Louis, MO 63105
                                Phone: (314) 391-4700
                                Fax: (314) 244-3778
                                ryan@keanelawllc.com
                                tanner@keanelawllc.com

                                *Attorneys for Defendant Besler*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                */s/ Ryan Keane*

2