UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25CV570 CDP |
| MEGAN BESLER, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Plaintiff in this case, Victor Manuel Ribas, alleges that defendant, Megan Besler, unlawfully obtained access to certain of plaintiff's social media accounts and monitored them, deleted and blocked some of plaintiff's connections, and deleted and hid posts on the accounts. This is plaintiff's second case against defendant in this court arising out of the failure of their romantic relationship. *See* Case No. 4:24CV632 SPM, pending before the Honorable Shirley P. Mensah.

In response to my Order to Show Cause why this case should not be consolidated with the earlier filed case, defendant agreed that consolidation would conserve judicial resources, eliminate duplicative proceedings, and promote efficient resolution of the issues. Plaintiff, however, objected to consolidation.

Judge Mensah has recently re-referred the first case to mediation, after the parties disputed the status and terms of the alleged settlement of that case. Plaintiff

admitted in Judge Mensah's case that "It was the intention of the parties to settle [the claims in this case] as part of the settlement of [the case before Judge Mensah]." *See* ECF # 63 at 3-4 in Case No. 4:24CV632 SPM.  Because it is obvious that any mediation should consider both cases together, I will likewise refer this case to mediation before the same mediator.

Pending in this second case is defendant's motion to dismiss as barred by *res judicata* from the settlement of the first case, and for other reasons.  Even though plaintiff failed to file any opposition to the motion to dismiss, I cannot dismiss it on *res judicata* grounds because Case No. 4:24CV632 SPM has not been finally adjudicated.  I will deny the motion to dismiss without prejudice to be reraised, if appropriate, after mediation.[1]

Accordingly,

**IT IS HEREBY ORDERED** the defendant's motion to dismiss [7] is denied without prejudice to be reraised, if appropriate, after mediation.

This case is referred to mediation by separate order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of January, 2026.

---

[1] I choose not to rule on the other grounds raised by the motion to dismiss at this time, as doing so appears to be a further waste of judicial resources, and in hopes that this case can be settled in mediation.

2