UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25CV570 CDP |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

On January 21, 2026, I denied defendant's motion to dismiss without prejudice and referred the case to mediation, with the intention that it be mediated along with the related case, No. 4:24CV632 SPM.  In the Order Referring Case to Mediation, I specified that if the previously selected mediator declines to mediate this case, lead counsel must notify this Court of that no later than January 30, 2026; otherwise, lead counsel must file the standard designation form.  Lead counsel failed to comply with my Order and has not filed anything since September 9, 2025.  On January 30, 2026, defendant's counsel filed a status report stating that she has attempted to communicate with plaintiff's counsel about mediation multiple times via phone and email, but plaintiff's counsel has not responded.  ECF 17.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Victor Manuel Ribas shall show

cause in writing, no later than **February 10, 2026**, why the case should not be

dismissed with prejudice for failure to comply with the Court's Order Referring

Case to Mediation.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2026.

2