UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25 CV 570 CDP |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

On January 21, 2026, I denied defendant's motion to dismiss without prejudice and referred the case to mediation, with the instruction that it should be mediated along with the related case, No. 4:24CV632 SPM. In the Order Referring Case to Mediation, I specified that if the previously selected mediator declined to mediate this case, lead counsel must notify this Court of that no later than January 30, 2026; otherwise, lead counsel must file the standard designation form. Plaintiff's counsel failed to comply with my Order.

On January 30, 2026, defendant's counsel filed a status report stating that she had attempted to communicate with plaintiff's counsel about mediation multiple times via phone and email, but plaintiff's counsel had not responded. ECF 17. On February 3, 2026, I ordered plaintiff to show cause in writing, no later

than February 10, 2026, why the case should not be dismissed with prejudice for failure to comply with the Order Referring Case to Mediation. ECF 18.

Plaintiff again failed to comply with my Order. Instead, on February 13, 2026, plaintiff filed a motion requesting additional time to designate a neutral and file the standard designation form. In the motion for an extension of time, plaintiff says he anticipates that the Honorable Lawrence Prebil will be the designated neutral in this case, but plaintiff does not specify whether Judge Prebil has, in fact, agreed to mediate this case, which is the information clearly sought by my earlier order. Additionally, plaintiff once again provided no explanation for his failure to comply with my previous Orders.

Because the interests of justice favor settlement of these related cases, I will grant plaintiff's motion for an extension of time and give him until February 20, 2026 to designate a neutral and file the standard designation form. If Judge Prebil declines to mediate this case, plaintiff must notify this Court of that no later than February 20, 2026.

I will also order plaintiff, again, to explain in writing, no later than February 20, 2026, why he failed to comply with my Orders entered on January 21, 2026 and February 3, 2026. If plaintiff ignores this order, sanctions will be imposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Victor Manuel Ribas's Motion for Extension of Time [20] is **GRANTED**. On or before **February 20, 2026**, plaintiff shall designate a neutral, file the Designation of Neutral/ADR Conference Report form, and state whether the previously selected mediator has agreed to mediate this case.

**IT IS FURTHER ORDERED** that plaintiff shall show cause in writing, no later than **February 20, 2026**, why he failed to comply with the Orders entered on January 21, 2026 and February 3, 2026.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2026.