UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

VICTOR MANUEL RIBAS,  )
                      )
        Plaintiff,    )
                      )
v.                    ) Case No. 4:25 CV 570 CDP
                      )
MEGAN BESLER,         )
                      )
        Defendant.    )
                      )

## MEMORANDUM AND ORDER

I granted defendant Megan Besler's motion to dismiss with prejudice

plaintiff Victor Manuel Ribas's complaint under Fed. R. Civ. P. 41(b) for his failure

to comply with orders of the Court and for his failure to prosecute.  Costs were

taxed against plaintiff Ribas.  Now before me is defendant Besler's post-judgment

motion for attorney's fees.  In her motion, defendant Besler argues that an award of

attorneys' fees is appropriate under 28 U.S.C. § 1927 because Ribas's counsel

vexatiously and unreasonably multiplied the proceedings in this case.  She also

contends that attorneys' fees are warranted under Fed. R. Civ. P. 16(f) based on

plaintiff Ribas's failure to comply with my orders.  Plaintiff Ribas opposes the

motion.

Having fully considered the parties' briefs, I will deny defendant Besler's

motion.  Although, as set out in my earlier orders, the conduct of plaintiff's counsel

in this case was improper, I do not find that fee shifting is appropriate.  I have already entered the sanction of dismissal with prejudice.  That was a reasonable sanction that was proportionate to the transgressions of plaintiff's counsel in this case, and defendant Besler has been awarded her costs of this action.  The parties' related litigation remains pending before a different judge, and in my discretion I conclude that a further sanction of attorneys' fees in this case is not warranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Megan Besler's motion for attorneys' fees [32] is **DENIED**.

**IT IS FUTHER ORDERED** that plaintiff Victor Manuel Ribas's motion for leave to file a sur-reply [37] is **DENIED** as unnecessary.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2026.

2